IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CD ALSTON,

        Plaintiff,                        No. CIV S-11-2281 GEB GGH PS

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.              <u>ORDER</u>

_____/

        This proceeding was referred to the undersigned by E.D. Cal. L.R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff, proceeding in this action pro se, has failed to provide an address and telephone number as required by E.D. Cal. L.R. 131(a). Instead, plaintiff filed a motion to receive service of process via e-mail. (Dkt. No. 3.) Plaintiff contends that she "has been displaced" and therefore "does not have an address in which to receive any service of process." She also contends that she no longer has possession of a former post office box.

        In light of plaintiff's representations, she will be permitted to enroll in the court's electronic filing (CM/ECF) system on the condition that she personally appear at the Clerk's Office within fourteen (14) days of service of this order and provide: (1) a copy of this order; (2) proof of photo identification; and (3) a General Delivery address, which can be obtained from the

\\\\

U.S. Postal Service.  Upon compliance with this order, the court will issue further orders relating to plaintiff's complaint and motion to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to receive service of process via e-mail (dkt. no. 3) is granted under the following conditions.  Plaintiff will be permitted to enroll in the court's electronic filing (CM/ECF) system on the condition that she personally appear at the Clerk's Office within fourteen (14) days of service of this order and provide: (1) a copy of this order; (2) proof of photo identification; and (3) a General Delivery address, which can be obtained from the U.S. Postal Service.[1]

2. Upon plaintiff's compliance with these conditions, the Clerk shall enroll plaintiff in the CM/ECF electronic filing system and shall create a docket entry reflecting plaintiff's compliance and enrollment.  The court will then issue further orders relating to plaintiff's complaint and motion to proceed in forma pauperis.

3. Failure to comply with this order will result in a recommendation that this action be dismissed with prejudice.

4. The Clerk shall serve a copy of this order on plaintiff via e-mail at liberty.justice.iv.all@gmail.com.

DATED: October 19, 2011

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
alston.2281.cmecf.wpd

---

[1] Further information can be obtained from the U.S. Postal Service by calling 1-800-275-8777.