IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CD ALSTON

        Plaintiff,                    No. CIV S-11-2281 GEB GGH PS

    vs.

SACRAMENTO COUNTY
SHERIFF DEPARTMENT, et al.

        Defendants.              ORDER

_____/

        This proceeding was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1). Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff seeks damages for alleged violations of her constitutional rights under 42 U.S.C. § 1983 as well as various state law causes of action.

        By order filed November 14, 2011, the court determined that, for the limited purposes of screening, plaintiff had stated a colorable claim against defendants Holt, Sacramento County Sheriff Department, and the County of Sacramento, but had failed to state a colorable claim against the remaining defendants. (Dkt. No. 7.) The court granted plaintiff 28 days to file an amended complaint curing the deficiencies outlined in that order. (Id.)

\\\\

On December 6, 2011, plaintiff filed a first amended complaint. (Dkt. No. 8.) The first amended complaint has removed all claims against defendant deputy Holt, but names deputies Kossow and Short as additional defendants. (Id.)

Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss a case filed pursuant to the in forma pauperis statute if, at any time, it determines that the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant. The court cannot make this determination on the present record. Therefore, the court reserves decision on these issues until the record is sufficiently developed.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Kossow, Short, Jones, Morgan, Sacramento County Sheriff Department,[1] and the County of Sacramento.

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

3. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

4. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and *shall file a statement with the court that said documents have been submitted to the United States Marshal.* The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons for each defendant;

    b. One completed USM-285 form for each defendant;

---

[1] The Sacramento County Sheriff Department Bureau of Professional Standards is simply a sub-department within the Sheriff's Department.

    c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

    d. One copy of this court's status order for each defendant; and

    e. One copy of the instant order for each defendant.

  5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

  6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, CA, 95814, Tel. No. (916) 930-2030.

DATED: December 12, 2011

      /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

GGH/wvr
alston.2281.serv.wpd