IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CD ALSTON, | | |
| | Plaintiff, | No. 2:11-cv-2281 GEB GGH PS |
| vs. | | |
| COUNTY OF SACRAMENTO, et al., | | |
| | Defendants. | ORDER |
| _____/ | | |

On July 10, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (dkt. no. 27) are ADOPTED IN FULL;

2. Defendants' motion to dismiss (dkt. no. 16) is GRANTED with respect to all

1 claims, EXCEPT for plaintiff's claim against defendants Kossow and Short under 42 U.S.C. § 1983 for violation of the Fourth Amendment under a theory of unlawful detention;

2. Plaintiff's claims against defendants Kossow and Short under 42 U.S.C. § 1983 for violation of the Fourth Amendment under theories of unlawful search and conspiracy to violate plaintiff's Fourth Amendment rights are DISMISSED WITH LEAVE TO AMEND;

3. Plaintiff's remaining claims against defendants Kossow and Short are DISMISSED WITH PREJUDICE;

4. Defendants County of Sacramento, Sacramento County Sheriff Department, Matt Morgan, and Scott Jones are DISMISSED WITH PREJUDICE from the action; and

5. Plaintiff shall file a second amended complaint in accordance with the magistrate judge's findings and recommendations within 28 days of this order.

Dated: August 3, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge