1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CD ALSTON,

11          Plaintiff,                     No. 2:11-cv-2281 GEB GGH PS

12       vs.

13   COUNTY OF SACRAMENTO, et al.,

14          Defendants.                    ORDER

15   _____/

16          On July 10, 2012, the magistrate judge filed findings and recommendations herein

17   which were served on the parties and which contained notice that any objections to the findings

18   and recommendations were to be filed within fourteen (14) days.  No objections were filed.

19   Accordingly, the court presumes any findings of fact are correct.  See Orand v. United States, 602

20   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

21   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

22          The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25          1.  The findings and recommendations (dkt. no. 27) are ADOPTED IN FULL;

26          2.  Defendants' motion to dismiss (dkt. no. 16) is GRANTED with respect to all

1   claims, EXCEPT for plaintiff's claim against defendants Kossow and Short under 42 U.S.C. §

2   1983 for violation of the Fourth Amendment under a theory of unlawful detention;

3         2.   Plaintiff's claims against defendants Kossow and Short under 42 U.S.C. §

4   1983 for violation of the Fourth Amendment under theories of unlawful search and conspiracy to

5   violate plaintiff's Fourth Amendment rights are DISMISSED WITH LEAVE TO AMEND;

6         3.   Plaintiff's remaining claims against defendants Kossow and Short are

7   DISMISSED WITH PREJUDICE;

8         4.   Defendants County of Sacramento, Sacramento County Sheriff Department,

9   Matt Morgan, and Scott Jones are DISMISSED WITH PREJUDICE from the action; and

10        5.   Plaintiff shall file a second amended complaint in accordance with the

11  magistrate judge's findings and recommendations within 28 days of this order.

12  Dated:  August 3, 2012

13

14  _____
    GARLAND E. BURRELL, JR.
15  Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26