IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.D. ALSTON,

        Plaintiff,                    No. 2:11-cv-2281 GEB GGH PS

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        On July 10, 2012, the undersigned issued findings and recommendations (adopted in full by the district judge) dismissing all of plaintiff's claims but granting leave to amend the claims against defendants Kossow and Short which alleged Fourth Amendment violations. Dkt. 27 at 26; 29. Specifically, plaintiff's claims of unlawful search and conspiracy to deprive her of her constitutional rights under §1983, were dismissed for failing to state a claim upon which relief could be granted. See Dkt. 27 at 20-22, 25. Plaintiff was given until August 31, 2012 to cure the deficiencies in those claims and file her second amended complaint. See Dkt. 29 at 2. That date has long since passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Plaintiff has apparently decided to rest on the dismissed claims. For the reasons given in the July 10, 2012, order, IT IS HEREBY RECOMMENDED that this action be

1

1  dismissed with prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

2  These findings and recommendations are submitted to the United States District
3  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
4  days after being served with these findings and recommendations, plaintiff may file written
5  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
6  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
7  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
8  F.2d 1153 (9th Cir. 1991).

9  DATED: October 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH9
Alston2281.fta